IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.D. ALSTON, | No. 2:13-cv-0078-CMK-P |
|     Petitioner, | |
|  vs. | ORDER |
| PEOPLE OF SACRAMENTO, | |
|     Respondent. | |

       Petitioner, proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner seeks leave to proceed in forma pauperis.  Petitioner has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that petitioner is unable to prepay fees and costs or give security therefor.  The request will be granted.

       In addition, pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed.  The parties have not consented to Magistrate Judge jurisdiction and the court now finds that assignment of a District Judge is necessary to properly address the case.

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for leave to proceed in forma pauperis (Doc. 8) is granted; and

2. The Clerk of the Court is directed to randomly assign a District Judge to this case and to update the docket to reflect the new case number.

DATED: October 23, 2014

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE